Eric HOLLOWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. 66250.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 31, 1995.

584

Talat M. Bashir, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst, Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Eric Hollowell, appeals from the Jefferson County Circuit Court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 30.25(b).